# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
TRUHLAR, DEBBIE M § Case No. 10-20950
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. BROWN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK, U.S. BANKRUPTCY COURT
7th Floor, Federal Building
219 South Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:00 AM on 12/16/2011 in Courtroom 201,

Will County Court Annex Building
57 North Ottawa Street
Joliet, IL  60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: _____

*DAVID R. BROWN*
*400 SOUTH COUNTY FARM ROAD*
*SUITE 330*
*WHEATON, IL 60187*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| TRUHLAR, DEBBIE M | § | Case No. 10-20950 |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 6,000.77 |
| and approved disbursements of | $ | 14.75 |
| leaving a balance on hand of[1] | $ | 5,986.02 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: DAVID R. BROWN | $ 1,350.08 | $ 0.00 | $ 1,350.08 |
| Attorney for Trustee Fees: SPRINGER, BROWN, COVEY, GAERTNER | $ 1,858.50 | $ 0.00 | $ 1,858.50 |
| Attorney for Trustee Expenses: SPRINGER, BROWN, COVEY, GAERTNER | $ 10.03 | $ 0.00 | $ 10.03 |
| Total to be paid for chapter 7 administrative expenses | | $ | 3,218.61 |
| Remaining Balance | | $ | 2,767.41 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 42,471.90 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ 13,840.47 | $ 0.00 | $ 901.83 |
| 2 | American InfoSource LP as agent for Citibank N.A. | $ 1,042.24 | $ 0.00 | $ 67.91 |
| 3 | PYOD LLC as assignee of Citibank, NA | $ 4,411.13 | $ 0.00 | $ 287.42 |
| 4 | PYOD LLC as assignee of Citibank, NA | $ 3,055.03 | $ 0.00 | $ 199.06 |
| 5 | Chase Bank USA,N.A | $ 3,300.66 | $ 0.00 | $ 215.07 |
| 6 | Citibank, N.A. | $ 16,822.37 | $ 0.00 | $ 1,096.12 |
| | Total to be paid to timely general unsecured creditors | | $ | 2,767.41 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ David R. Brown

DAVID R. BROWN
400 SOUTH COUNTY FARM ROAD
SUITE 330
WHEATON, IL 60187

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Debbie M Truhlar  
    Debtor

Case No. 10-20950-JHS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1    User: acox    Page 1 of 1    Date Rcvd: Nov 10, 2011  
Form ID: pdf006    Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2011.

```
db           +Debbie M Truhlar,   8408 Cramer Lane,   Darien, IL 60561-1632
17542540      American InfoSource LP as agent for Citibank N.A.,   PO Box 248840,
               Oklahoma City, OK  73124-8840
15543485      Charter One,    P.O. Box 42002,   Providence, RI 02940-2002
16129100     +Chase Bank USA,N.A,   c/o Creditors Bankruptcy Service,   P O Box 740933,   Dallas,Tx 75374-0933
15543486     +Chase Manhattan,    Attn: Bankruptcy Research Dept,   3415 Vision Dr,   Columbus, OH 43219-6009
15543487     +Chase Na,   4915 Independence Parkway,   Tampa, FL 33634-7518
15543488     +Citi,    Pob 6241,   Sioux Falls, SD 57117-6241
16378416     +Citibank South Dakota NA,    DBA,    4740 121st St,   Urbandale, IA 50323-2402
17620617     +Citibank, N.A.,    701 East 60th Street North,   Sioux Falls, SD 57104-0493
15543492     +HSBC,    Attn: Bankruptcy,   Po Box 5263,   Carol Stream, IL 60197-5263
15543490     +Harris N.a.,    3800 Golf Rd Ste. 300,   Rolling Meadows, IL 60008-4005
15543494     +Law Office of Bruce M. Bozich,    11800 South 75th Ave.,   Palos Heights, IL 60463-1033
15543495     +Lilse Savings Bank,    1450 Maple Ave.,   Lisle, IL 60532-4142
15543497     +Republic Services,    5050 W. Lake St.,   Melrose Park, IL 60160-2766
15543498     +Sears/cbsd,    Sears Bk Recovery,   Po Box 20363,   Kansas City, MO 64195-0363
15543499    ++WACHOVIA DEALER SERVICES INC,    BK DEPARTMENT,   PO BOX 19657,   IRVINE CA 92623-9657
             (address filed with court:  Wfs Financial/Wachovia Dealer Services,   Po Box 19657,
               Irvine, CA 92623)
15543491     +home depot credit services,   PO Box 6925,   The Lakes, NV 88901-6925
15543496     +northland group,    P.O. Box 390905,   Minneapolis, MN 55439-0905
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
16008821      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 10 2011 21:39:09
               American Infosource Lp As Agent for,   Citibank (South Dakota) N.A.,   PO Box 248840,
               Oklahoma City, OK  73124-8840
15984033      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 10 2011 21:39:20    Discover Bank,
               Dfs Services LLC,   PO Box 3025,   New Albany, OH  43054-3025
15543489     +E-mail/PDF: mrdiscen@discoverfinancial.com Nov 10 2011 21:39:20    Discover Fin,
               Attention: Bankruptcy Department,   Po Box 3025,   New Albany, OH 43054-3025
15543493     +E-mail/PDF: cr-bankruptcy@kohls.com Nov 10 2011 21:39:21    Kohls/chase,
               N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
16098668     +E-mail/Text: resurgentbknotifications@resurgent.com Nov 10 2011 20:05:32
               PYOD LLC its successors and assigns as assignee of,   Citibank, NA,
               c/o Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
15543484     +E-mail/Text: roy.buchholz@allianceoneinc.com Nov 10 2011 20:07:27    alliance one,   PO Box 3107,
               Southeastern, PA 19398-3107
                                                                                              TOTAL: 6
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Springer Brown Covey Gaetner & Davis LLC
                                                                                              TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 12, 2011**      **Signature:** *Joseph Speetjens*