UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                           §
                                 §
                                 §
TRUHLAR, DEBBIE M                §    Case No. 10-20950
                                 §
         Debtor(s)               §
                                 §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   DAVID R. BROWN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                           Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:           Claims Discharged
                                            Without Payment:

Total Expenses of Administration:

---

   3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: <br>    CHAPTER 7 ADMIN. FEES <br>    AND CHARGES <br>    (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER <br>    ADMIN. FEES AND <br>    CHARGES (from **Exhibit 5**) | | | | |
|    PRIORITY UNSECURED <br>    CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED <br> CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

     4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

     5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

     6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

     Dated: _____  By:/s/DAVID R. BROWN_____
                                                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Charter One P.O. Box 42002 Providence, RI 02940-2002 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Manhattan Attn: Bankruptcy Research Dept 3415 Vision Dr Columbus, OH 43219 | | | | | |
| | Harris N.a. 3800 Golf Rd Ste. 300 Rolling Meadows, IL 60008 | | | | | |
| | Lilse Savings Bank 1450 Maple Ave. Lisle, IL 60532 | | | | | |
| | Wfs Financial/Wachovia Dealer Services Po Box 19657 Irvine, CA 92623 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID R. BROWN | | | | | |
| UNION BANK | | | | | |
| UNION BANK | | | | | |
| SPRINGER, BROWN | | | | | |
| SPRINGER, BROWN | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Na 4915 Independence Parkway Tampa, FL 33634 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citi Pob 6241 Sioux Falls, SD 57117 | | | | | |
| | Discover Fin Attention: Bankruptcy Department Po Box 3025 New Albany, OH 43054 | | | | | |
| | HSBC Attn: Bankruptcy Po Box 5263 Carol Stream, IL 60197 | | | | | |
| | Kohls/chase N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | | | | |
| | Law Office of Bruce M. Bozich 11800 South 75th Ave. Palos Heights, IL 60463 | | | | | |
| | Republic Services 5050 W. Lake St. Melrose Park, IL 60160 | | | | | |
| | Sears/cbsd Sears Bk Recovery Po Box 20363 Kansas City, MO 64195 | | | | | |
| | alliance one PO Box 3107 Southeastern, PA 19398 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | home depot credit services PO Box 6925 The Lakes, NV 88901 | | | | | |
| | northland group P.O. Box 390905 Minneapolis, MN 55439 | | | | | |
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 5 | CHASE BANK USA,N.A | | | | | |
| 6 | CITIBANK, N.A. | | | | | |
| 1 | DISCOVER BANK | | | | | |
| 3 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 4 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 10-20950 JHS Judge: JOHN H. SQUIRES | | | Trustee Name: | DAVID R. BROWN |
| --- | --- | --- | --- | --- | --- |
| Case Name: | TRUHLAR, DEBBIE M | | | Date Filed (f) or Converted (c): | 05/07/10 (f) |
| | | | | 341(a) Meeting Date: | 07/06/10 |
| For Period Ending: | 05/24/12 | | | Claims Bar Date: | 11/09/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 8408 Cramer Lane, Darien, IL 60561 | 220,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Checking account with Charter One | 100.00 | 0.00 | DA | 0.00 | FA |
| 3. Checking account with Charter One- On account w/ d | 158.50 | 0.00 | DA | 0.00 | FA |
| 4. Chase checking account | 10.00 | 0.00 | DA | 0.00 | FA |
| 5. Misc used household goods | 900.00 | 0.00 | DA | 0.00 | FA |
| 6. used clothing | 300.00 | 0.00 | DA | 0.00 | FA |
| 7. Term life insurance through employer - no current | 0.00 | 0.00 | DA | 0.00 | FA |
| 8. 401k | 5,100.00 | 0.00 | DA | 0.00 | FA |
| 9. 2008 Lincoln Navigator with 25k miles - lien held | 30,000.00 | 6,000.00 | | 6,000.00 | FA |
| 10. 2003 Pontiac Grand Am - lien held by Harris Bank - | 3,587.00 | 0.00 | | 0.00 | FA |
| 11. 2008 Ford Expedition- Payments are made by son- Co | 11,787.50 | 0.00 | DA | 0.00 | FA |
| 12. 3 dogs | 0.00 | 0.00 | DA | 0.00 | FA |
| INT. POST-PETITION INTEREST DEPOSITS (u) | Unknown | N/A | | 0.77 | Unknown |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $271,943.00 | $6,000.00 | | $6,000.77 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 09/11/11    Current Projected Date of Final Report (TFR): 09/11/11

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

Ver: 16.06b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 10-20950 -JHS | | Trustee Name: | DAVID R. BROWN |
| Case Name: | TRUHLAR, DEBBIE M | | Bank Name: | Union Bank |
| | | | Account Number / CD #: | *******1382 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3983 | | | |
| For Period Ending: | 05/24/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/10 | 9 | Debbie Truhlar | | 1129-000 | 4,500.00 | | 4,500.00 |
| 09/20/10 | 9 | Debbie Truhlar (Debtor) 8408 Cramer Lane Darien, IL 60561 | Settlement payment | 1129-000 | 125.00 | | 4,625.00 |
| 09/30/10 | INT | Union Bank | Interest Rate  0.050 | 1270-000 | 0.17 | | 4,625.17 |
| 10/28/10 | 9 | Debbie Truhlar 8408 Cramer Lane Darien, IL 60561 | Settlement payment | 1129-000 | 125.00 | | 4,750.17 |
| 10/29/10 | INT | Union Bank | Interest Rate  0.050 | 1270-000 | 0.17 | | 4,750.34 |
| 11/16/10 | 9 | Debbie Truhlar (Debtor) 8408 Cramer Lane Darien, IL 60561 | Settlement payment | 1129-000 | 125.00 | | 4,875.34 |
| 11/30/10 | INT | Union Bank | Interest Rate  0.050 | 1270-000 | 0.19 | | 4,875.53 |
| 12/31/10 | INT | Union Bank | Interest Rate  0.050 | 1270-000 | 0.19 | | 4,875.72 |
| 01/03/11 | 9 | Debbie Truhlar 8408 Cramer Lane Darien, IL 60561 | Settlement payment | 1129-000 | 125.00 | | 5,000.72 |
| 01/21/11 | 9 | Debbie Truhlar 8408 Cramer Lane Darien, IL 60561 | Settlement payment | 1129-000 | 125.00 | | 5,125.72 |
| 01/31/11 | INT | Union Bank | Interest Rate  0.000 | 1270-000 | 0.05 | | 5,125.77 |
| 02/25/11 | 9 | Debbie Truhlar (Debtor) 8408 Cramer Lane Darien, IL 60561 | Settlement payment | 1129-000 | 125.00 | | 5,250.77 |
| 03/21/11 | 9 | Debbie Truhlar (Debtor) | Settlement payment | 1129-000 | 750.00 | | 6,000.77 |
| 10/19/11 | | Union Bank | bank charges | 2600-000 | | 14.75 | 5,986.02 |
| 11/10/11 | | UNION BANK | BANK SERVICE CHARGES | 2600-000 | | 12.29 | 5,973.73 |
| 12/23/11 | | Transfer to Acct #*******1655 | Final Posting Transfer | 9999-000 | | 5,973.73 | 0.00 |

Page Subtotals     6,000.77     6,000.77

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 9)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-20950 -JHS | | Trustee Name: | DAVID R. BROWN |
| --- | --- | --- | --- | --- |
| Case Name: | TRUHLAR, DEBBIE M | | Bank Name: | Union Bank |
| | | | Account Number / CD #: | *******1382 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3983 | | | |
| For Period Ending: | 05/24/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 6,000.77 | 6,000.77 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 5,973.73 | |
| | | | Subtotal | | 6,000.77 | 27.04 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 6,000.77 | 27.04 | |

Page Subtotals 0.00 0.00

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-20950 -JHS | Trustee Name: | DAVID R. BROWN |
|---|---|---|---|
| Case Name: | TRUHLAR, DEBBIE M | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******1655 Checking Account |
| Taxpayer ID No: | *******3983 | | |
| For Period Ending: | 05/24/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/23/11 | | Transfer from Acct #*******1382 | Transfer In From MMA Account | 9999-000 | 5,973.73 | | 5,973.73 |
| 12/23/11 | 000101 | DAVID R. BROWN<br>400 SOUTH COUNTY FARM ROAD<br>SUITE 330<br>WHEATON, IL 60187 | Chapter 7 Compensation/Expense | 2100-000 | | 1,350.08 | 4,623.65 |
| 12/23/11 | 000102 | SPRINGER, BROWN, COVEY, GAERTNER<br>& DAVIS, LLC<br>400 South County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Attorney for Trustee Fees (Trustee | | | 1,260.18 | 3,363.47 |
| | | | Fees             1,251.00 | 3110-000 | | | |
| | | | Expenses            9.18 | 3120-000 | | | |
| 12/23/11 | 000103 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 1, Payment 7.91931% | 7100-900 | | 1,096.07 | 2,267.40 |
| 12/23/11 | 000104 | American InfoSource LP as agent for Citibank N.A.<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Claim 2, Payment 7.91948% | 7100-900 | | 82.54 | 2,184.86 |
| 12/23/11 | 000105 | PYOD LLC as assignee of Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 3, Payment 7.91929% | 7100-900 | | 349.33 | 1,835.53 |
| 12/23/11 | 000106 | PYOD LLC as assignee of Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 4, Payment 7.91940% | 7100-900 | | 241.94 | 1,593.59 |
| 12/23/11 | 000107 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service | Claim 5, Payment 7.91902% | 7100-900 | | 261.38 | 1,332.21 |
| | | | Page Subtotals | | 5,973.73 | 4,641.52 | |

Ver: 16.06b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-20950 -JHS | Trustee Name: | DAVID R. BROWN |
|---|---|---|---|
| Case Name: | TRUHLAR, DEBBIE M | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******1655  Checking Account |
| Taxpayer ID No: | *******3983 | | |
| For Period Ending: | 05/24/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/23/11 | 000108 | P O Box 740933<br>Dallas,Tx 75374<br>Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57117 | Claim 6, Payment 7.91928% | 7100-900 | | 1,332.21 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 5,973.73 | 5,973.73 | 0.00 |
| Less:  Bank Transfers/CD's | 5,973.73 | 0.00 | |
| Subtotal | 0.00 | 5,973.73 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 5,973.73 | |

Page Subtotals    0.00    1,332.21

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

Page: 5

Exhibit 9

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-20950 -JHS | Trustee Name: | DAVID R. BROWN |
| Case Name: | TRUHLAR, DEBBIE M | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******1663 Checking Account |
| Taxpayer ID No: | *******3983 | | |
| For Period Ending: | 05/24/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| | | | | |
|---|---|---|---|---|
| | COLUMN TOTALS | | 0.00 | 0.00 | 0.00 |
| | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | Subtotal | | 0.00 | 0.00 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | Net | | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ********1382 | 6,000.77 | 27.04 | 0.00 |
| Checking Account - ********1655 | 0.00 | 5,973.73 | 0.00 |
| Checking Account - ********1663 | 0.00 | 0.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 6,000.77 | 6,000.77 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 16.06b

LFORM24
UST Form 101-7-TDR (5/1/2011) *(Page: 13)*